UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| MITSUBISHI HEAVY INDUSTRIES, LTD. and MITSUBISHI POWER SYSTEMS AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY <br><br> Defendant. | Civil Action No. 10-5087 <br><br> **ORAL ARGUMENT REQUESTED** |

### GENERAL ELECTRIC COMPANY'S MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY IN FAVOR OF ONGOING PROCEEDINGS ADJUDICATING THE PATENTS AT ISSUE

Comes now Defendant General Electric Company ("GE"), and for its Motion to Dismiss or, Alternatively, to Stay in Favor of Ongoing Proceedings Adjudicating the Patents at Issue, states:

1. The Complaint filed by Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. fails to state a plausible claim upon which relief can be granted and should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. In the alternative, the Court should exercise its discretion to stay this case in favor of the ongoing proceedings adjudicating the patents at issue pursuant to the Court's inherent authority to control its docket.

3. GE has contemporaneously filed its Memorandum of Law setting forth the legal grounds for this Motion.

WHEREFORE, Defendant General Electric Company moves the Court for an order granting its Motion to Dismiss or, Alternatively, to Stay in Favor of Ongoing Proceedings Adjudicating the Patents at Issue, and for all other proper relief to which it may be entitled.

DATED:   June 25, 2010                    Respectfully submitted,

/s/ Clifford W. Plunkett
Clifford W. Plunkett
FRIDAY, ELDREDGE & CLARK, LLP
3425 North Futrall Drive, Suite 103
Fayetteville, AR 72703
Telephone: 479-695-1103
Facsimile: 479-695-2147
plunkett@fridayfirm.com

David J. Lender (*pro hac vice* pending)
Eric S. Hochstadt (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.lender@weil.com
eric.hochstadt@weil.com

John E. Scribner (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0939
john.scribner@weil.com

*Attorneys for Defendant*
*General Electric Company*

## **CERTIFICATE OF SERVICE**

I, Clifford W. Plunkett, hereby certify that on June 25, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Filiberto Agusti
fagusti@steptoe.com

Kenneth Patrick Ewing
kewing@steptoe.com

Steven J. Barber
sbarber@steptoe.com

Charles Eric Vester
cev@mcrmt.com

David R. Matthews
drm@mcrmt.com

*/s/ Clifford W. Plunkett*
Clifford W. Plunkett