**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| MITSUBISHI HEAVY INDUSTRIES, LTD. and MITSUBISHI POWER SYSTEMS AMERICAS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL ELECTRIC COMPANY<br><br>　　　　　Defendant. | Case No. 5:10-CV-5087-JH<br><br>**DEFENDANT'S STATUS REPORT** |

In response to the Court's August 23, 2010 Opinion and Order (Dkt. # 36), Defendant General Electric Company ("GE") respectfully submits this status report on GE's ongoing patent infringement actions against Plaintiffs Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively, "Mitsubishi").[1]

I.　　The ITC Action

In *General Electric Co. v. Int'l Trade Comm'n, et al.*, No. 2010-1223 (Fed. Cir.) (the "ITC Action"), the appeal briefing before the Federal Circuit is complete. The oral argument is scheduled for February 10, 2011.

II.　　The Dallas Action

In *General Electric Co. v. Mitsubishi Heavy Industries, Ltd., et al.*, Civil Action No. 3:10-cv-00276-F (N.D. Tex.), Mitsubishi amended its answer to assert the affirmative defense of inequitable conduct on September 8, 2010. The parties are engaged in discovery. Both parties have made document productions and deposition discovery has commenced. In addition, the claim-construction process is underway. Claim-construction briefing was completed on

---

[1] GE is filing a separate status report because, in connection with the initial report, GE approached Mitsubishi about filing a single report, but Mitsubishi wanted to file separate reports.

December 20, 2010 and the *Markman* hearing is set for January 13, 2011. On December 20, 2010, Mitsubishi sought leave to file a motion for summary judgment of non-infringement of the patents at issue. GE intends to oppose this request. Finally, the case remains scheduled for trial in November 2011.

III.  The Corpus Christi Action

In *General Electric Co. v. Mitsubishi Heavy Industries Ltd., et al.*, Cause No. 2:09-cv-00229 (S.D. Tex.), pursuant to Mitsubishi's request, the case remains stayed pending a final determination of the ITC Action.[2] On September 3, 2010, GE sent a letter to Mitsubishi stating as follows:

> GE has considered MHI's arguments to the court in the Western District of Arkansas proceedings regarding the Southern District of Texas action. While GE contests the validity of all of those arguments, to the extent that MHI wants to engage in active litigation in the Southern District of Texas action, GE offers to join MHI in a motion seeking to lift the stay in the Southern District of Texas action.

For reasons set forth in Mitsubishi's initial status report (Dkt. # 39 at 7)—which GE disagrees with—Mitsubishi rejected GE's offer.

DATED: January 3, 2011                   Respectfully submitted,

/s/ Clifford W. Plunkett

| | |
|---|---|
| David J. Lender (*pro hac vice*) | Clifford W. Plunkett |
| Eric S. Hochstadt (*pro hac vice*) | R. Christopher Lawson |
| WEIL, GOTSHAL & MANGES LLP | FRIDAY, ELDREDGE & CLARK, LLP |
| 767 Fifth Avenue | 3425 North Futrall Drive, Suite 103 |
| New York, NY 10153 | Fayetteville, AR 72703 |
| Telephone: (212) 310-8000 | Telephone: 479-695-1103 |
| Facsimile: (212) 310-8007 | Facsimile: 479-695-2147 |
| david.lender@weil.com | plunkett@fridayfirm.com |
| eric.hochstadt@weil.com | lawson@fridayfirm.com |

---

[2] Mitsubishi has filed a motion to intervene in *General Electric Co. v. Wilkins*, No. 1:10-cv-00674 (E.D. Cal.), an action between GE and its former employee, Thomas Wilkins, regarding ownership of one of the patents at issue in the ITC and Corpus Christi Actions.

John E. Scribner (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0939
john.scribner@weil.com

*Attorneys for Defendant*
*General Electric Company*

## **CERTIFICATE OF SERVICE**

      I, Clifford W. Plunkett, hereby certify that on January 3, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Filiberto Agusti
fagusti@steptoe.com

Kenneth Patrick Ewing
kewing@steptoe.com

Steven J. Barber
sbarber@steptoe.com

Charles Eric Vester
cev@mcrmt.com

David R. Matthews
drm@mcrmt.com

                                                  */s/ Clifford W. Plunkett*
                                                     Clifford W. Plunkett