UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| MITSUBISHI HEAVY INDUSTRIES, LTD. and MITSUBISHI POWER SYSTEMS AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, <br><br> Defendant. | Civil Action No. 10-5087 |

**MITSUBISHI'S QUARTERLY STATUS REPORT**

Pursuant to the Court's Order dated August 23, 2010 ("August 23 Order"), plaintiffs Mitsubishi Heavy Industries, Ltd and Mitsubishi Power Systems Americas, Inc. (collectively, "Mitsubishi"), hereby submit their third quarterly status report.

**RECENT DEVELOPMENTS**

A.     **Dallas Action**

In February 2011, General Electric Co. ("GE") moved to add two additional claims of infringement against Mitsubishi under the '705 patent, thereby expanding the case.[1]  Mitsubishi has insisted that, if these claims are added in Dallas, the November 29, 2011 trial date not be postponed.  GE agreed to that condition and on March 16, 2011, the Dallas court (Furgeson, J.) granted GE's unopposed request to add these claims.

On March 1, 2011, the district court held a claim construction hearing.  The court has not yet issued his claim construction (*Markman*) ruling but the parties expect the court to rule within the next few months.

The parties continue to take discovery.  Both sides have produced a substantial volume of documents in response to requests for production.  A large number of depositions are scheduled to take place in April, May, and June 2011.

B.     **ITC Action**

On February 10, 2011, the Federal Circuit heard oral argument on GE's appeal from the International Trade Commission's decision to terminate the investigation against Mitsubishi in *Variable Speed Wind Turbines and Components*

---

[1] *General Electric Co. v. Mitsubishi Heavy Industries, Ltd.*, Civil Action No. 3:10-cv-00276 (N.D. Tex.).

*Thereof*, Inv. No. 337-TA-641, 73 Fed. Reg. 16,910 (Int'l Trade Comm'n) (ITC Action). As of this date, the Federal Circuit has not issued its decision.

### C.    Corpus Christi Action

GE's third infringement suit – filed in Corpus Christi – remains stayed pending the Federal Circuit ruling.[2]

### D.    California Action

As explained in Mitsubishi's second status report, GE and its subsidiary filed suit against the inventor of the '985 patent, Thomas Wilkins, in the United States District Court for the Eastern District of California (California Action). Mitsubishi moved to intervene as of right in the action, and GE opposed. On February 11, 2011, the district court (Wanger, J.) granted Mitsubishi's motion to intervene as of right over GE's objection. The district court also denied Mr. Wilkins' motion to dismiss the action based on the statute of limitations. On May 29, 2011, Mr. Wilkins and Mitsubishi filed their answers to the amended complaint and counterclaims. No trial date has been set, but the court has scheduled a status conference for April 7, 2011.

---

[2] *General Electric Co. v. Mitsubishi Heavy Industries, Ltd.*, Civil Action No. 2:09-cv-00229 (S.D. Tex.).

## CONCLUSION

Mitsubishi will continue to keep the Court apprised of developments in accordance with the August 23 Order.

                Respectfully submitted,

                  /s/   David R. Matthews
                David R. Matthews (76072)
                C. Eric Vester (2005231)
                Matthews, Campbell, Rhoads, McClure,
                   Thompson & Fryauf, P.A.
                119 South Second Street
                Rogers, Arkansas  72756
                (479) 636-0875
                (479) 636-8150 – Fax
                drm@mcrmt.com
                cev@mcrmt.com

                Filberto Agusti
                Steven J. Barber
                Steptoe & Johnson LLP
                1330 Connecticut Avenue, NW
                Washington, DC  20036
                (202) 429-3000
                (202) 429-3902 – Fax
                fagusti@steptoe.com
                sbarber@steptoe.com

                Attorneys for Plaintiffs Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc.

Dated:  April 1, 2011

## CERTIFICATE OF SERVICE

I, David R. Matthews, attorney for the Plaintiffs, hereby certify that I have on this 1st day of April, 2011, electronically filed the foregoing instrument with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all registered attorneys of record, including:

Clifford W. Plunkett
plunkett@fridayfirm.com

David J. Lender
david.lender@weil.com

Eric. S. Hochstadt
eric.hochstadt@weil.com

John E. Scribner
john.scribner@weil.com

Roger Christopher Lawson
lawson@fridayfirm.com

   /s/   David R. Matthews
David R. Matthews