UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| MITSUBISHI HEAVY INDUSTRIES, LTD. and MITSUBISHI POWER SYSTEMS AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY <br><br> Defendant. | Case No. 5:10-CV-5087-JH <br><br> **DEFENDANT'S STATUS REPORT** |

In response to the Court's August 23, 2010 Opinion and Order (Dkt. # 36), Defendant General Electric Company ("GE") respectfully submits this status report on GE's ongoing patent infringement actions against Plaintiffs Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively, "Mitsubishi").[1]

I.      The ITC Action

In *General Electric Co. v. Int'l Trade Comm'n, et al.*, No. 2010-1223 (Fed. Cir.) (the "ITC Action"), the appeal briefing before the Federal Circuit is complete. Oral argument was held on February 10, 2011. A decision is pending.

II.     The Dallas Action

In *General Electric Co. v. Mitsubishi Heavy Industries, Ltd., et al.*, Civil Action No. 3:10-cv-00276-F (N.D. Tex.), Mitsubishi amended its answer to assert the affirmative defense of inequitable conduct on September 8, 2010. Discovery is well under way and is scheduled to close on July 15, 2011, but Mitsubishi has moved to extend the fact discovery and other pretrial deadline by seventy-five days, as well as to extend the trial date by three months. GE opposes

---

[1] GE is filing a separate status report because, in connection with the initial report, GE approached Mitsubishi about filing a single report, but Mitsubishi wanted to file separate reports.

Mitsubishi's request to postpone the trial of the Dallas Action and has filed its own motion seeking a modest extension of the deadlines for expert reports to permit time for a deposition that Mitsubishi only recently agreed to provide, but leaving in place the discovery deadline and the November 2011 trial date. The parties anticipate a decision shortly.

The parties have exchanged more than ten million pages of documents and have conducted numerous corporate and individual depositions both in the U.S. and Japan. More than thirty depositions, including depositions of third parties, are scheduled over the next several weeks. A *Markman* hearing was held on March 1, 2011, and an order was issued on May 11, 2011. GE was granted leave to amend its preliminary infringement contentions on March 16, 2011 to assert additional claims of one of the two patents-in-suit. The parties were able to agree on constructions for all terms in the new claims making an additional *Markman* hearing unnecessary. Subject to a ruling on Mitsubishi's pending motion to amend the scheduling order, the case remains scheduled for trial in late November 2011.

III.   The Corpus Christi Action

In *General Electric Co. v. Mitsubishi Heavy Industries Ltd., et al.*, Cause No. 2:09-cv-00229 (S.D. Tex.), pursuant to Mitsubishi's request, the case remains stayed pending a final determination of the ITC Action.[2] On September 3, 2010, GE sent a letter to Mitsubishi stating as follows:

---

[2] Mitsubishi has intervened in *General Electric Co. v. Wilkins*, No. 1:10-cv-00674 (E.D. Cal.), an action between GE and its former employee, Thomas Wilkins, regarding ownership of one of the patents at issue in the ITC and Corpus Christi Actions. GE has obtained a preliminary injunction enjoining Mr. Wilkins from licensing or offering to license any interest in the technology described in that patent, or from making any representation that he is presently legally entitled to license such technology. Mitsubishi and Mr. Wilkins have filed Answers and Counterclaims for, among other things, inventorship of that patent. GE has moved to dismiss certain of Mr. Wilkins' Counterclaims and all of Mitsubishi's Counterclaims. GE also has moved to phase discovery with the issue of patent ownership first. On June 17, 2011, a hearing was held and

    GE has considered MHI's arguments to the court in the Western District of Arkansas proceedings regarding the Southern District of Texas action. While GE contests the validity of all of those arguments, to the extent that MHI wants to engage in active litigation in the Southern District of Texas action, GE offers to join MHI in a motion seeking to lift the stay in the Southern District of Texas action.

For reasons set forth in Mitsubishi's initial status report (Dkt. # 39 at 7)—which GE disagrees with—Mitsubishi rejected GE's offer.

DATED: July 1, 2011　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ R. Christopher Lawson

| | |
|---|---|
| David J. Lender (*pro hac vice*) | Clifford W. Plunkett |
| Eric S. Hochstadt (*pro hac vice*) | R. Christopher Lawson |
| WEIL, GOTSHAL & MANGES LLP | FRIDAY, ELDREDGE & CLARK, LLP |
| 767 Fifth Avenue | 3425 North Futrall Drive, Suite 103 |
| New York, NY 10153 | Fayetteville, AR 72703 |
| Telephone: (212) 310-8000 | Telephone: 479-695-2011 |
| Facsimile: (212) 310-8007 | Facsimile: 479-695-2147 |
| david.lender@weil.com | plunkett@fridayfirm.com |
| eric.hochstadt@weil.com | lawson@fridayfirm.com |

John E. Scribner (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0939
john.scribner@weil.com

*Attorneys for Defendant*
*General Electric Company*

---

decisions on GE's motions to dismiss and for phased discovery are pending. On May 6, 2011, the Court issued a scheduling order with a June 19, 2012 trial date.

**CERTIFICATE OF SERVICE**

     I, R. Christopher Lawson, hereby certify that on July 1, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Filiberto Agusti
fagusti@steptoe.com

Kenneth Patrick Ewing
kewing@steptoe.com

Steven J. Barber
sbarber@steptoe.com

Charles Eric Vester
cev@mcrmt.com

David R. Matthews
drm@mcrmt.com

                                              */s/ R. Christopher Lawson*
                                                 R. Christopher Lawson