UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| MITSUBISHI HEAVY INDUSTRIES, LTD. and MITSUBISHI POWER SYSTEMS AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY <br><br> Defendant. | Case No. 5:10-CV-5087-JH <br><br><br> **DEFENDANT'S STATUS REPORT** |

In response to the Court's August 23, 2010 Opinion and Order (Dkt. # 36), Defendant General Electric Company ("GE") respectfully submits this status report on GE's ongoing patent infringement actions against Plaintiffs Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively, "Mitsubishi").[1]

I.   The ITC Action

In *General Electric Co. v. Int'l Trade Comm'n, et al.*, No. 2010-1223 (Fed. Cir.) (the "ITC Action"), the appeal briefing before the Federal Circuit is complete. Oral argument was held on February 10, 2011. A decision is pending.

II.   The Dallas Action

In *General Electric Co. v. Mitsubishi Heavy Industries, Ltd., et al.*, Civil Action No. 3:10-cv-00276-F (N.D. Tex.), Mitsubishi amended its answer to assert the affirmative defense of inequitable conduct on September 8, 2010. Discovery is well under way and is scheduled to close on October 7, 2011. The court has extended the schedule several times due to discovery disputes, and as a result the trial has been postponed from November 2011 until February 2012.

---

[1] GE is filing a separate status report because, in connection with the initial report, GE approached Mitsubishi about filing a single report, but Mitsubishi wanted to file separate reports.

The parties have exchanged more than ten million pages of documents and have conducted numerous corporate and individual depositions in the U.S., Europe, and Japan. Although discovery is set to close on October 7, 2011, the parties have agreed to postpone about a dozen depositions relating to Mitsubishi's inequitable conduct defense, as well as expert reports concerning inequitable conduct, pending the outcome of an ongoing discovery dispute concerning that defense. The parties expect a final resolution of this dispute within the next several weeks, after which time discovery concerning Mitsubishi's inequitable conduct defense can be concluded.

III.   The Corpus Christi Action

In *General Electric Co. v. Mitsubishi Heavy Industries Ltd., et al.*, Cause No. 2:09-cv-00229 (S.D. Tex.), pursuant to Mitsubishi's request, the case remains stayed pending a final determination of the ITC Action.[2] On September 3, 2010, GE sent a letter to Mitsubishi stating as follows:

> GE has considered MHI's arguments to the court in the Western District of Arkansas proceedings regarding the Southern District of Texas action. While GE contests the validity of all of those arguments, to the extent that

---

[2] Mitsubishi has intervened in *General Electric Co. v. Wilkins*, No. 1:10-cv-00674 (E.D. Cal.), an action between GE and its former employee, Thomas Wilkins, regarding ownership of one of the patents at issue in the ITC and Corpus Christi Actions. GE has obtained a preliminary injunction enjoining Mr. Wilkins from licensing or offering to license any interest in the technology described in that patent, or from making any representation that he is presently legally entitled to license such technology. Mitsubishi and Mr. Wilkins have filed Answers and Counterclaims for, among other things, inventorship of that patent. On May 6, 2011, the Court issued a scheduling order with a June 19, 2012 trial date. GE moved to dismiss certain of Mr. Wilkins' Counterclaims and all of Mitsubishi's Counterclaims. GE also has moved to phase discovery with the issue of patent ownership first. On June 17, 2011, a hearing was held and decisions on GE's motions to dismiss and for phased discovery. The Court denied GE's motion for phased discovery and its motion to dismiss Mitsubishi's Counterclaims. On July 26, 2011, the Court granted in part and denied in part GE's motion to dismiss Mr. Wilkins' Counterclaims. On August 9, 2011, Mr. Wilkins filed Amended Counterclaims. On August 24, 2011, GE filed an Answer to Mr. Wilkins' Amended Counterclaims. The case awaits reassignment to a new judge after Judge Oliver Wanger's retirement becomes effective September 30, 2011.

>MHI wants to engage in active litigation in the Southern District of Texas
>action, GE offers to join MHI in a motion seeking to lift the stay in the
>Southern District of Texas action.

For reasons set forth in Mitsubishi's initial status report (Dkt. # 39 at 7)—which GE disagrees with—Mitsubishi rejected GE's offer.

DATED: October 3, 2011                    Respectfully submitted,

                                                                     /s/ Clifford W. Plunkett

David J. Lender (*pro hac vice*)              Clifford W. Plunkett
Eric S. Hochstadt (*pro hac vice*)            R. Christopher Lawson
WEIL, GOTSHAL & MANGES LLP                    FRIDAY, ELDREDGE & CLARK, LLP
767 Fifth Avenue                              3425 North Futrall Drive, Suite 103
New York, NY 10153                            Fayetteville, AR 72703
Telephone: (212) 310-8000                     Telephone: 479-695-1103
Facsimile: (212) 310-8007                     Facsimile: 479-695-2147
david.lender@weil.com                         plunkett@fridayfirm.com
eric.hochstadt@weil.com                       lawson@fridayfirm.com

John E. Scribner (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0939
john.scribner@weil.com

*Attorneys for Defendant*
*General Electric Company*

## CERTIFICATE OF SERVICE

  I, Clifford W. Plunkett, hereby certify that on October 3, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Filiberto Agusti
fagusti@steptoe.com

Kenneth Patrick Ewing
kewing@steptoe.com

Steven J. Barber
sbarber@steptoe.com

Charles Eric Vester
cev@mcrmt.com

David R. Matthews
drm@mcrmt.com

                */s/ Clifford W. Plunkett*
                 Clifford W. Plunkett