UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| MITSUBISHI HEAVY INDUSTRIES, LTD. and MITSUBISHI POWER SYSTEMS AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, <br><br> Defendant. | Civil Action No. 10-5087 |

**MITSUBISHI'S QUARTERLY STATUS REPORT**

Pursuant to the Court's Order dated August 23, 2010, plaintiffs Mitsubishi Heavy Industries, Ltd and Mitsubishi Power Systems Americas, Inc. (collectively, "Mitsubishi"), hereby submit their fifth quarterly status report. As explained below, the related patent infringement litigation in Texas and the Federal Circuit remain pending.

**RECENT DEVELOPMENTS**

**A.     Dallas Action**

The Dallas court has moved the trial date from November 2011 until February 2012. While Mitsubishi would prefer a speedy resolution of the Dallas action in order to protect its economic interests, Mitsubishi was compelled to seek this brief delay due to delays arising in discovery. The completion of discovery has also been delayed temporarily. The court appointed a Special Master to review, in the first instance, GE's claims of attorney-client privilege over thousands of documents. The Special Master issued a Report and Recommendation, and GE has filed objections with the district court, which remain pending.

**B.     ITC Action**

On February 10, 2011, the Federal Circuit heard oral argument on GE's appeal from the International Trade Commission's ("ITC's") decision to terminate the investigation against Mitsubishi in *Variable Speed Wind Turbines and Components Thereof*, Inv. No. 337-TA-641, 73 Fed. Reg. 16,910 (Int'l Trade Comm'n). As of this date, the Federal Circuit has not issued its decision.

**C.     Corpus Christi Action**

GE's third infringement suit – filed in Corpus Christi – remains stayed pursuant to 28 U.S.C § 1659 pending the Federal Circuit ruling.[1] GE has sought in various ways to force Mitsubishi to give up its statutory right to a stay under

---

[1] *General Electric Co. v. Mitsubishi Heavy Industries, Ltd.*, Civil Action No. 2:09-cv-00229 (S.D. Tex.).

Section 1659.[2] The statutory stay prevents a respondent in the ITC proceeding from being pursued on the same patents in federal court while the ITC matter is still under consideration. Once the ITC matter is final, the ITC record is transmitted to the civil docket and is admissible as evidence there. 28 U.S.C § 1659. This statutory scheme would not be served by GE's proposal to prematurely lift the stay.

### D. California Action

As Mitsubishi has explained in prior status reports, GE plucked an important issue relating to the '985 patent from the stayed Corpus Christi action and sought to litigate it in California against the individual inventor, without joining Mitsubishi. However, Mitsubishi intervened as a matter of right and filed counterclaims to protect its interests as a licensee of the named inventor. The trial is currently scheduled for June 19, 2012.

### CONCLUSION

Mitsubishi will continue to keep the Court apprised of developments in accordance with the August 23 Order.

Respectfully submitted,

/s/ David R. Matthews
David R. Matthews (76072)
C. Eric Vester (2005231)
Matthews, Campbell, Rhoads,
 McClure & Thompson, P.A.

---

[2] *See, e.g.,* GE's Third Status Report filed with this Court on April 1, 2011. Dkt. 42, at page 2 (stating that Mitsubishi rejected GE's offer to lift the stay in Corpus Christi).

119 South Second Street
Rogers, Arkansas 72756
(479) 636-0875
(479) 636-8150 – Fax
drm@mcrmt.com
cev@mcrmt.com

Filberto Agusti
Steven J. Barber
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000
(202) 429-3902 – Fax
fagusti@steptoe.com
sbarber@steptoe.com

Attorneys for Plaintiffs Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc.

4

## CERTIFICATE OF SERVICE

     I, David R. Matthews, attorney for the Plaintiffs, hereby certify that I have on this 4th day of October, 2011, electronically filed the foregoing instrument with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all registered attorneys of record, including:

    Clifford W. Plunkett
    plunkett@fridayfirm.com

    David J. Lender
    david.lender@weil.com

    Eric. S. Hochstadt
    eric.hochstadt@weil.com

    John E. Scribner
    john.scribner@weil.com

    Roger Christopher Lawson
    lawson@fridayfirm.com

                                /s/   David R. Matthews
                              David R. Matthews